```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02228
   DANIEL E KEYLARD
   KYM M KEYLARD                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5451     SSN XXX-XX-8406


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/31/08 and confirmed on 04/30/08.

    2.   The case was converted to Chapter 7 after confirmation, 10/31/2008.

    3.   The Debtor paid a total of $    7535.00 .

    4.   The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
TAYLOR BEAN & WHITAKER M   CURRENT MORTG        .00            .00            .00
CITIGROUP INC              SECURED              .00            .00            .00
CARMAX AUTO FINANCE        SECURED VEHIC   24464.04         944.66        3044.83
FORD MOTOR CREDIT CO       SECURED VEHIC   17099.10         857.79        2256.25
FORD MOTOR CREDIT CO       UNSECURED       NOT FILED          .00            .00
ADVENTIST LAGRANGE MEM H   UNSECURED       NOT FILED          .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CHASE BANK USA             UNSECURED       NOT FILED          .00            .00
CHASE BANK USA             UNSECURED       NOT FILED          .00            .00
DISCOVER BANK              UNSECURED       NOT FILED          .00            .00
FIRST NATIONAL BANK        UNSECURED       NOT FILED          .00            .00
CAPITAL RECOVERY II        UNSECURED       NOT FILED          .00            .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED          .00            .00
KOHLS                      UNSECURED       NOT FILED          .00            .00
RUSH COPLEY                UNSECURED       NOT FILED          .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED       PRIORITY      UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED 41563.14          .00            .00         .00       41563.14
PRINCIPAL PAID      5301.08          .00            .00         .00        5301.08
INTEREST PAID       1802.45          .00            .00         .00        1802.45
TOTAL PAID          7103.53          .00            .00         .00        7103.53
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   3500.00
and was paid $   2500.00   direct and $      .00   through the plan.

The Trustee received $    431.47 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE